**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

RUSSELL J. CASADONTE individually and on
behalf of others similarly situated,

    Plaintiff,

v.                                             CASE NO. 2:09-CV-535-FtM-36-SPC

KENT SECURITY SERVICES, INC. a Florida
corporation; KENT OF NAPLES, INC. a Florida
corporation; ORLY ALEXANDER individually;
GIL NEUMAN individually; ROSEMARY
CUCURILLO individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on March 30, 2010 (Dkt. 39) recommending that the Court approve the parties' settlement agreement and dismiss this action with prejudice (Dkt. 38). The Court notes that neither party filed written objections to the Report and Recommendation, and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 39) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion for Approval of Settlement (Dkt. 38) is **GRANTED**. The Settlement Agreement (Dkt. 38, Ex. 1) is **APPROVED**, as the settlement reached between the parties is a fair and reasonable resolution of a bona fide dispute.

3) The clerk is directed to terminate any pending motions/deadlines, dismiss this action with prejudice, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on April 21, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD